UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GREGORY ORCUTT,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>        Defendants. | No. C 13-4890 SC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     May 20, 2014<br>Mediator: Charles McClain |

    IT IS HEREBY ORDERED that the request to excuse defendant Nationstar Mortgage, LLC's representative, Elizabeth Santoro, from appearing in person at the May 20, 2014, mediation before Charles McClain is GRANTED. Ms. Santoro shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.

MAY 15, 2014             By:                     
Dated                                            Maria-Elena James<br>
                                            United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**