Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street, Suite 914
San Francisco, CA 94104
Phone: 415.651.1951
Email: mark@aoblawyers.com

Attorney for Plaintiff Gregory Orcutt

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ORCUTT,<br><br>          Plaintiff,<br><br>     vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>          Defendant. | Case No. 4:13-cv-04890-SC<br><br>**STIPULATION AND (~~proposed~~) ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:     October 22, 2013<br>Trial Date:       None Set |

**Whereas,** plaintiff has agreed to settle his claims in this action against the remaining defendant Nationstar Mortgage LLC;

**Whereas,** the parties need time to memorialize the settlement:

**IT IS HEREBY STIPULATED** by and between the parties that the case management conference now set for Friday, June 20, 2014, at 10:00 AM, may be continued to Friday, August 22, 2014, at 10:00 AM.

DATED: June 16, 2014.   SEVERSON & WERSON
A Professional Corporation

By:   *Kimberly A. Paese*
Kimberly A. Paese

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

DATED: June 16, 2014.   ANDERSON, OGILVIE & BREWER LLP

By:   *Mark F. Anderson*
Mark F. Anderson

Attorney for Plaintiff
GREGORY ORCUTT

**ORDER**

Based upon the parties' stipulation and for good cause shown, the Case Management Conference shall be continued to August 22, 2014, at 10:00 AM.

Dated: June __16__, 2014

_____
Judge of the United States District Court